UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
EPHRAIM WIEDER,                                              :
                             Plaintiff,         :
:
           -against-                                   :    23 Civ. 7107 (LGS)
:
PARDES BIOSCIENCES, INC., et al.,                            :
                            Defendants.      :
:
-------------------------------------------------------------:    **ORDER**
:
PHIL LIFSCHITZ,                                              :
                             Plaintiff,         :
:
           -against-                                   :    23 Civ. 7221 (LGS)
:
PARDES BIOSCIENCES, INC., et al.,                            :
                            Defendants.      :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the later filed case, 23cv7221, has been accepted as related to 23cv7107. It is hereby

       **ORDERED** that, by **September 1, 2023**, the parties in both cases shall file a joint letter stating to what extent the two cases should be coordinated or consolidated for pretrial proceedings and trial, if at all. If the parties are unable to agree, the letter shall include each party's respective position and rationale.

Dated: August 21, 2023
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE