UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EPHRAIM WIEDER,

                Plaintiff,

    v.

PARDES BIOSCIENCES, INC., LAURA J.
HAMILL, JOHN C. POTTAGE, JR.,
MICHAEL D. VARNEY, DEBORAH M.
AUTOR, J. JAY LOBELL, THOMAS G.
WIGGANS, MARK AUERBACH, URI A.
LOPATIN, LAURIE SMALDONE ALSUP,
and JAMES B. TANANBAUM,

                Defendants.

Case No. 1:23-cv-07107-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ephraim Wieder ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 31, 2023

**WEISS LAW**

By _____
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*